**FILED**

**DEC 20 2023**

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff/Judgment Creditor,

v.

JOHN FRANKS, et al.

    Defendants/Judgment Debtors.

Case No. 2022-cv-01001

District Judge: Hon. Joe Billy McDade

Return Date: December 8, 2023

Judgment Amount: $102,361.02

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

John J. Franks, III (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the Judgment Debtor.

Select one or more of the following and indicate the amounts below:

| | Account Balance | Amount Withheld |
|---|---|---|
| ☒ NO ACCOUNTS | | |
| ☐ Savings Account | $ | $ |
| ☐ Checking and/or Now Account | $ | $ |
| ☐ Certificate of Deposit | $ | $ |
| ☐ Money Market Account | $ | $ |
| ☐ Trust Account | $ | $ |
| ☐ Safety Deposit Box | $ | $ |

Adverse Claimant: Name _____ Address: _____

Wages, Salary or Commissions _____

Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

SUB-TOTAL: _____

Less right of offset for other loans _____

Less Deduction for fees _____

TOTAL: _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

Agent for Citation Respondent

Agent Name John J. Franks, III
Business Name JF3 Properties LLC
Address 1301 Derby St.
City, State, Zip Pekin, IL 61554
Fax n/a

NOTE: A copy of this Answer should be mailed to the Clerk of the U.S. District Court, Central District of Illinois, located at 305 U.S. Courthouse, 100 N.E. Monroe, Peoria, IL 61602, and the Attorney for Plaintiff or Judgment Creditor, and to the Judgment Debtor.

# Tazewell County, Illinois

*generated on 12/11/2023 3:26:07 PM CST*

## Parcel

| | | | |
|---|---|---|---|
| **Parcel ID** 04-10-02-409-012 | **Alt. PIN** | **Parcel Address** 1301 DERBY ST, PEKIN | **Data as of** 11/18/2023 |

### Tax Payer Information

| | |
|---|---|
| **Tax Payer** | JF3 PROPERTIES LLC |
| **Tax Payer Address** | 1301 DERBY ST<br>PEKIN IL 61554 |
| **Transfer Date** | 03/14/2017 |

### Location Information

| | | | |
|---|---|---|---|
| **GIS** | | **Section & Plat** | |
| **District No.** | 04014 | **State Assigned District No.** | 040 |
| **Township No.** | 004, | **Routing No.** | |
| **Parcel Address** | 1301 DERBY ST, PEKIN | **Legal Desc.** | SEC 2 T24N R5W PEKIN GARDENS ADDN W 76' OF LOT 14 BLK 33 SE 1/4 |

### Parcel Information

| | |
|---|---|
| **Property Class Code** | 60 COMMERCIAL BUSINESS |
| **Neighborhood Code** | 426 |
| **Neighborhood Factor** | .00 |
| **Neighborhood Type** | |
| **Street or Road Code** | |

### Topography

| | |
|---|---|
| Level | N |
| High | N |
| Low | N |
| Rolling | N |
| Swampy | N |
| Flood Hazard | |
| Waterfront Property Type | |

### Services

| | |
|---|---|
| Water | N |
| Sewer | N |
| Gas | |
| Electricity | N |
| Sidewalk | |
| Alley | N |